JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA VASQUEZ LOPEZ, | No. 5:22-cv-00966-ADS |
|     Plaintiff, | |
|          v. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
|     Defendant. | |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date:   10/21/2022

_____/s/ Autumn  D. Spaeth_____
HON. AUTUMN D. SPAETH
United States Magistrate Judge

-1-