LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 240609]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| OLGA VASQUEZ LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. EDCV 22-00966 ADS<br><br>**ORDER AWARDING EAJA FEES** |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of THREE THOUSAND ONE HUNDRED FORTY-NINE DOLLARS AND 09/100 ($3,149.09), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

DATE:  11/17/2022        /s/ Autumn D. Spaeth
                                    HON. AUTUMN D. SPAETH,
                                    UNITED STATES MAGISTRATE JUDGE